```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 04842
   VALERIE D PATTON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-0559

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/14/2005 and was confirmed 03/30/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 01/08/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------
CITY OF CHICAGO PARKING    UNSECURED          2760.00           .00          2760.00
CITY OF CHICAGO PARKING    NOTICE ONLY      NOT FILED           .00              .00
CITY OF CHICAGO PARKING    NOTICE ONLY      NOT FILED           .00              .00
MBNA AMERICA               UNSECURED        NOT FILED           .00              .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          1838.96           .00          1838.96
RESURGENCE FINANCIAL LLC   UNSECURED          2857.98           .00          2857.98
RESURGENCE FINANCIAL LLC   NOTICE ONLY      NOT FILED           .00              .00
RESURGENCE FINANCIAL LLC   NOTICE ONLY      NOT FILED           .00              .00
SPRINT                     UNSECURED        NOT FILED           .00              .00
SPRINT                     NOTICE ONLY      NOT FILED           .00              .00
VERIZON WIRELESS           UNSECURED        NOT FILED           .00              .00
VERIZON WIRELESS           NOTICE ONLY      NOT FILED           .00              .00
LEDFORD & WU               DEBTOR ATTY       2,200.00                        2,200.00
TOM VAUGHN                 TRUSTEE                                             551.36
DEBTOR REFUND              REFUND                                              197.82

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                10,406.12

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                        7,456.94
ADMINISTRATIVE                                   2,200.00
TRUSTEE COMPENSATION                               551.36
DEBTOR REFUND                                      197.82
                       --------------          --------------
TOTALS                 10,406.12                10,406.12


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 04842 VALERIE D PATTON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 04/24/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```